**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Shirley Shabazz Diaz | BKY. NO. 13-03334 MDF
      Debtor(s)

CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8270

      Respectfully submitted,

      **/s/ Thomas Puleo**
      Thomas Puleo, Esquire
      James C. Warmbrodt, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 825-6306  FAX (215) 825-6406
      Attorney for Movant/Applicant