Certificate Number: 13858-PAM-DE-030496913

Bankruptcy Case Number: 13-03334



13858-PAM-DE-030496913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2018, at 10:45 o'clock PM EST, Shirley Diaz completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 29, 2018      By: /s/Natalie Bowen

Name: Natalie Bowen

Title: Counselor