```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 13-03334-HWV
Shirley Shabazz Diaz                                                Chapter 13
         Debtor                      CERTIFICATE OF NOTICE

District/off: 0314-1         User: PRadginsk              Page 1 of 2              Date Rcvd: Mar 08, 2018
                             Form ID: 3180W               Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
```
db            +Shirley Shabazz Diaz,    211 Kocher Lane,    Elizabethville, PA 17023-8717
4339241       +AARON'S SALES & LEASE,    1499 N SUSQUEHANNA TRAIL,    SELINSGROVE, PA 17870-7783
4347929       +Belco Community Credit Union,    449 Eisenhower Blvd. Suite 200,    Harrisburg, PA 17111-2301
4394650       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
4339247        COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                HARRISBURG, PA 17121-0946
4339251       +GTI HOLDINGS, LLC,    501 SILVERSIDE ROAD, STE #8,    WILMINGTON, DE 19809-1375
4339254       +JP HARRIS ASSOCIATES LLC,    MUNICIPAL TAX ACCOUNTS,    PO BOX 226,
                MECHANICSBURG, PA 17055-0226
4339255       +KML LAW GROUP PC,    SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                PHILADELPHIA, PA 19106-1538
4339256       +NATIONAL CREDIT ADJUSTERS,    PO BOX 3023,    HUTCHINSON, KS 67504-3023
4339257      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR MORTGAGE,      350 HIGHLAND DRIVE,    LEWISVILLE, TX 75067)
4339258       +OPD SOLUTIONS LLC,    LAUGHLIN ASSOCIATES (REGISTERED AGENT),     9120 DOUBLE DIAMOND PARKWAY,
                RENO, NV 89521-4842
4339261        PP&L UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4339263        QVC EASY PAY,    STUDIO PARK,    WEST CHESTER, PA 19380
4339267       +STRATEGIC RECOVERY GROUP,    7880 BENT BRANCH DRIVE, STE 150,    IRVING, TX 75063-6045
4339269       +TRIBUTE/FBD,    PO BOX 105555,    ATLANTA, GA 30348-5555
4339270        VINCE ENTERPRISE C/O PRESTIGE.COM,    623 MAIN,    CHARLESTOWN NEVIS, WEST INDIES
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: PRA.COM Mar 08 2018 23:58:00      PRA Receivables Management, LLC,    POB 41067,
                Norfolk, VA 23541-1067
4339242       +E-mail/Text: ebn@americanwebloan.com Mar 08 2018 19:11:20      AMERICAN WEB LOAN,
                522 NORTH 14TH STREET,    PO BOX 130,    PONCA CITY, OK 74601-4654
4339243       +EDI: RESURGENT.COM Mar 09 2018 00:03:00      CACH, LLC,    4340 S MONACO STREET UNIT 2,
                DENVER, CO 80237-3485
4339244        EDI: CAPITALONE.COM Mar 08 2018 23:58:00      CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,
                PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4339245       +E-mail/Text: dehartstaff@pamd13trustee.com Mar 08 2018 19:11:21      CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4339246        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 08 2018 19:11:34       COMM OF PA DEPT L&I,
                READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,    READING, PA 19602-1152
4348180       +E-mail/Text: bankruptcy@cavps.com Mar 08 2018 19:11:15      Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
4339248       +EDI: DCI.COM Mar 09 2018 00:04:00      DIVERSIFIED,    PO BOX 551268,
                JACKSONVILLE, FL 32255-1268
4339250       +EDI: AMINFOFP.COM Mar 09 2018 00:03:00      FIRST PREMIER BANK,    3820 N LOUISE AVENUE,
                SIOUX FALLS SD 57107-0145
4339252        EDI: IRS.COM Mar 08 2018 23:58:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                PHILADELPHIA, PA 19101-7346
4339253        EDI: JEFFERSONCAP.COM Mar 09 2018 00:03:00      JEFFCAPSYS,    16 MCLELAND RD,
                SAINT CLOUD, MN 56303
4378888        EDI: JEFFERSONCAP.COM Mar 09 2018 00:03:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617
4409195       +EDI: OPHSUBSID.COM Mar 09 2018 00:04:00      OAK HARBOR CAPITAL VII, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4339260        EDI: PRA.COM Mar 08 2018 23:58:00      PORTFOLIO RECOVERY ASSOCIATES LLC,    120 CORPORATE BLVD,
                NORFOLK, VA 23502
4506466        EDI: PRA.COM Mar 08 2018 23:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541
4506467        EDI: PRA.COM Mar 08 2018 23:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4339262       +E-mail/Text: bankruptcy@progfinance.com Mar 08 2018 19:11:09      PROGRESSIVE FINANCE, LLC,
                11629 SOUTH 700 EAST,    DRAPER, UT 84020-8377
4346467        E-Mail/Text: ebn@vativrecovery.com Mar 08 2018 19:10:45      Palisades Acquisition IX, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                PO Box 40728,    Houston TX 77240-0728
4339266       +EDI: NEXTEL.COM Mar 09 2018 00:03:00      SPRINT CUSTOMER SERVICE,    PO BOX 8077,
                LONDON, KY 40742-8077
4353192        EDI: NEXTEL.COM Mar 09 2018 00:03:00      Sprint Nextel,    Attn Bankruptcy Dept,    PO Box 7949,
                Overland Park KS 66207-0949
4339268       +EDI: TFSR.COM Mar 08 2018 23:58:00      TOYOTA FINANCIAL SERVICES-BK Notices,
                19001 S WESTERN AVENUE,    PO BOX 2958,    TORRANCE, CA 90509-2958
4342739        EDI: TFSR.COM Mar 08 2018 23:58:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
4339271       +EDI: WFFC.COM Mar 09 2018 00:03:00      WELLS FARGO BANK,    PO BOX 5058,    MAC: P6053-021,
                PORTLAND, OR 97208-5058
                                                                                               TOTAL: 23
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4339264            RAUL A DIAZ
4409574*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX   75261-9741)
4339265*         +Shirley Shabazz Diaz,    211 Kocher Lane,    Elizabethville, PA 17023-8717
4339249         ##+DYNIA & ASSOCIATES LLC,    4849 N MILWAUKEE AVENUE, STE 801,    CHICAGO, IL 60630-2680
4339259         ##+PENTAGROUP FINANCIAL LLC,    5959 CORPORATE DR STE 1400,    HOUSTON, TX 77036-2311
4347663         ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                    TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Shirley Shabazz Diaz DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Shirley Shabazz Diaz karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kevin S Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Shirley Shabazz Diaz** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–3059** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): <br> First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | |
| Case number:  **1:13–bk–03334–HWV** | |

# Order of Discharge                                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Shirley Shabazz Diaz
    fka Shirley Shabazz McGhee

**By the court:**

March 8, 2018

    */s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: PRadginsk, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**